AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACQUEZ WORTHEN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 623-043

RALPH SHROPSHIRE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 15, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Petitioner's 28 U.S.C. § 2254 Petition is dismissed as untimely. Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This civil action stands closed.

August 15, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

*Candy Ashbell* (signature)  
(By) Deputy Clerk

GAS Rev 10/2020